**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8
DONNA HINES,                                    No. C10-2813 EMC
9
              Plaintiff,
10                                              **SUA SPONTE JUDICIAL REFERRAL FOR
       v.                                        PURPOSES OF DETERMINING
11                                               RELATIONSHIP OF CASES**
CALIFORNIA   PUBLIC   UTILITIES
12 COMMISSION,

13              Defendant.
_____/
14

15

16        Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case

17 is referred to Judge Claudia Wilken to determine whether it is related to *Hines v. California*

18 *Public Utilities Commission, et al.,* Civil Case No. C07-4145 CW.

19        IT IS SO ORDERED.

20 Dated: July 27, 2010

21

22                                              _____
                                                EDWARD M. CHEN
23                                              United States Magistrate Judge

24

25

26 cc: Judge Claudia Wilken

27

28