UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, *et. al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-10-2813 EMC<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S "EXPEDITED MOTION FOR INTERIM REMEDIES AND ECONOMIC RELIEF"**<br><br>**(Docket No. 38)** |

　　On January 24, 2011, Plaintiff Donna Hines filed an "Expedited Motion for Interim Remedies and Economic Relief" in this case. The Court will treat this as a Motion for a Preliminary Injunction. Defendants' opposition brief is due February 9, 2011. No reply brief shall be filed. The Court will take the motion under submission after an opposition brief is filed. If necessary, the Court will invite and schedule oral argument.

　　IT IS SO ORDERED.

Dated: January 27, 2011

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-10-2813 EMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104
415-205-3377

Dated: January 27, 2011       RICHARD W. WIEKING, CLERK

                              By:    /s/ Leni Doyle
                                     Leni Doyle
                                     Deputy Clerk