United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES, | No. C-10-2813 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |
| CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*, | |
| | **(Docket No. 88)** |
| Defendants. | |
| _____/ | |

Plaintiff Donna Hines has submitted an application for leave to proceed *in forma pauperis* on appeal to the Ninth Circuit Court of Appeals. Docket No. 88; *see* Fed. R. App. P. 24(a). Ms. Hines seeks to appeal this Court's April 5, 2011 Order granting the California Public Utilities Commission's motion to dismiss, Docket No. 44, and June 28, 2011 Order denying Plaintiff's motion for reconsideration, Docket No. 78.

The Court may not grant an application to proceed *in forma pauperis* if the appeal is "not taken in good faith." 28 U.S.C. § 1915(a)(3). "'Not taken in good faith' means 'frivolous.'" *Gray v. Hamilton*, No. C 10-4614, 2010 WL 4281812 (N.D. Cal. Oct. 25, 2010) (quoting *Ellis v. United States*, 356 U.S. 674, 674-75, 78 S.Ct. 974, 2 L.Ed.2d 1060 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002)). In this case, Plaintiff's appeal is premature because the Court has not yet entered final judgment. *See* 28 U.S.C. §§ 1291, 1292(b). Another Defendant remains as to whom the Court has not entered judgment, and Plaintiff has not requested, nor has the Court

directed, entry of a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Therefore, the Court hereby **DENIES** Plaintiff's application without prejudice.

This order disposes of Docket No. 88.

IT IS SO ORDERED.

Dated: August 1, 2011

_____
EDWARD M. CHEN
United States District Judge

2

United States District Court
For the Northern District of California

1
2
3
4
5               UNITED STATES DISTRICT COURT
6               NORTHERN DISTRICT OF CALIFORNIA
7
8  DONNA HINES,                              No. C-10-2813 EMC
9          Plaintiff,
10     v.
                                             **CERTIFICATE OF SERVICE**
11 CALIFORNIA PUBLIC UTILITIES
   COMMISSION, *et al.*,
12
           Defendants.
13
14 _____/
15
16
17     I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern
18 District of California.  On the below date, I served a true and correct copy of the attached, by placing
19 said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing
20 said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery
21 receptacle located in the Office of the Clerk.
22 Donna Hines
   268 Bush Street, #3204
23 San Francisco, CA  94104
   415-205-3377
24
25 Dated: August 1, 2011                      RICHARD W. WIEKING, CLERK
26                                            By:    /s/ Leni Doyle
                                                    Leni Doyle
27                                                  Deputy Clerk
28